1
2
3
4
5

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8                               * * *

9    JESSE GONZALEZ,                    Case No. 2:12-cv-01656-MMD-VCF

10                     Plaintiff,             ORDER

11        v.

12   FRANCISCO SANCHEZ, et al.,

13                     Defendants.

14

15        Plaintiff, who is in the custody of the Nevada Department of Corrections, has

16   submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (#3) and an application

17   to proceed *in forma pauperis* (dkt. no. 1).  Based on the financial information provided,

18   the court finds that plaintiff is unable to prepay the full filing fee in this matter.

19        IT IS THEREFORE ORDERED that:

20   1.   Plaintiff's application to proceed *in forma pauperis* (dkt. no. 1) is

21        GRANTED; however, plaintiff must pay an initial partial filing fee of $7.29

22        toward the full filing fee of three hundred fifty dollars ($350.00).  Plaintiff

23        shall have thirty (30) days from the date this order is entered in which to

24        have the designated fee sent to the Clerk of the Court.  Failure to do so

25        will result in dismissal of this action.  If this action is dismissed, the full

26        filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2).

27   2.   The movant herein is permitted to maintain this action to conclusion

28        without the necessity of prepayment of any additional fees or costs or the

giving of security therefor.  This order granting leave to proceed *in forma pauperis* shall not extend to the issuance of subpoenas at government expense.

3.   The Clerk of the Court shall send plaintiff two (2) copies of this order. Plaintiff is ordered to make the necessary arrangements to have one (1) copy of this order attached to the check in the amount of the designated fee, by sending a copy of the order with the "brass slip" for the amount of the fee to inmate services for the Nevada Department of Corrections.

4.   Pursuant to 28 U.S.C. § 1915(b)(2), the Nevada Department of Corrections shall pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to plaintiff's account (inmate #75275), in the months that the account exceeds $10.00, until the full $350.00 filing fee has been paid for this action.  The Clerk of the Court shall send a copy of this order to the finance division of the Clerk's office. The Clerk shall also send a copy of this order to the attention of the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.

5.   The Clerk shall electronically serve a copy of this order, a copy of the court's screening order (dkt. no. 2) and a copy of plaintiff's complaint (dkt. no. 3) on the Office of the Attorney General of the State of Nevada, attention Kat Howe.

6.   Subject to the findings of the screening order (dkt. no. 2), within twenty-one (21) days of the date of entry of this order, the Attorney General's Office shall file a notice advising the court and plaintiff of: (a) the names of the defendants for whom it *accepts* service; (b) the names of the defendants for whom it *does not accept* service, and (c) the names of the defendants for whom it is filing last-known-address information under seal. As to any of the named defendants for which the Attorney General's Office

1          cannot accept service, the Office shall file, under seal, the last known

2          address(es) of those defendant(s) for whom it has such information.

3     7.     If service cannot be accepted for any of the named defendant(s), plaintiff

4          shall file a motion identifying the unserved defendant(s), requesting

5          issuance of a summons, and specifying a full name and address for the

6          defendant(s).  For the defendant(s) as to which the Attorney General has

7          not provided last-known-address information, plaintiff shall provide the full

8          name and address for the defendant(s).

9     8.     If the Attorney General accepts service of process for any named

10          defendant(s), such defendant(s) shall file and serve an answer or other

11          response to the complaint within sixty (60) days from the date of this

12          order.

13     9.     Henceforth, plaintiff shall serve upon defendant(s) or, if an appearance

14          has been entered by counsel, upon their attorney(s), a copy of every

15          pleading, motion or other document submitted for consideration by the

16          court.  Plaintiff shall include with the original paper submitted for filing a

17          certificate stating the date that a true and correct copy of the document

18          was mailed to the defendants or counsel for the defendants.  If counsel

19          has entered a notice of appearance, the plaintiff shall direct service to the

20          individual attorney named in the notice of appearance, at the address

21          stated therein.  The Court may disregard any paper received by a district

22          judge or magistrate judge which has not been filed with the Clerk, and any

23          paper received by a district judge, magistrate judge, or the Clerk which

24          fails to include a certificate showing proper service.

25     IT IS SO ORDERED.

26     DATED THIS 18th day of April 2013.

27

28     MIRANDA M. DU
        UNITED STATES DISTRICT JUDGE