# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JESSE GONZALEZ,

    Plaintiff,

vs.

FRANCISCO SANCHEZ, et al.,

    Defendants.

Case No. 2:12-cv-01656-APG-VCF

**ORDER**

    The court directed plaintiff to pay an initial partial filing fee. Order (#9). Plaintiff has not paid that fee within the allotted time. Consequently, the court will dismiss this action, regardless of the subsequently filed motions by defendants.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to pay the initial partial filing fee. The Clerk of the Court shall enter judgment accordingly.

    DATED this 19th day of June, 2013.

                                    ANDREW P. GORDON
                                    United States District Judge